IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>YAZMANI HERNANDEZ-HERNANDEZ,<br><br>    Defendant. | 8:15CR86<br><br>ORDER |

This matter is before the court on the defendant's request for modification of his conditions of supervised release due to his concurrent supervision by the Department of Homeland Security, U.S. Immigrations and Customs Enforcement (ICE). Filing No. 48. After consultation with the U.S. Probation Office the court finds that no modification of the court's conditions of supervised release is necessary. The court notes that the ICE supervision refers to the continued supervision by the U.S. Probation Office. If the double reporting requirements of the two supervisions present a problem to the defendant the U.S. Probation Office may adjust its reporting requirement as it deems appropriate.

  Dated this 24th day of March, 2016

                   BY THE COURT:

                   s/ Joseph F. Bataillon
                   Senior United States District Judge